DANIEL J. BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN CONRAD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:08-mj-00089 SMS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO VACATE TRIAL CONFIRMATION AND TRIAL DATES; |
| v. | ) ) | AND SET CASE FOR CHANGE OF PLEA; AND ORDER THEREON |
| STEVEN CONRAD, | ) ) | DATE: May 29, 2008 |
| Defendant. | ) ) | TIME: 10:00 a.m. JUDGE: Honorable Gary S. Austin |

   IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Trial Confirmation scheduled for June 12, 2008, at 10:00 a.m.; and the Bench Trial date scheduled for June 24, 2008, at 9:00 a.m., may be vacated.

   IT IS FURTHER STIPULATED that this case may be set for Change of Plea Hearing on **May 29, 2008, at 10:00 a.m.**, as Defendant has decided to plead guilty by written agreement.

///
///
///
///
///
///
///

1  ///
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                              -2-

1   The parties also agree that any delay resulting from this continuance shall be excluded in the
2   interest of justice, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

McGREGOR W. SCOTT
United States Attorney

DATED: May 20, 2008            By:   /s/   Mark J. McKeon
                                     MARK J. McKEON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 20, 2008            By:   /s/ Douglas Beevers
                                     DOUGLAS BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     Steven Conrad


**ORDER**

IT IS SO ORDERED.

Stipulation to Vacate Trial and Set
Change of Plea Hearing

-3-

1 | **Dated:**   May 22, 2008                           /s/ **Gary S. Austin**
  |                                              UNITED STATES MAGISTRATE JUDGE

Stipulation to Vacate Trial and Set
Change of Plea Hearing

−4−