BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
Rm. 4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:08-mj-00089-SMS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION TO RESET |
| ) | DISPOSITION HEARING AND |
| STEVEN CONRAD, ) | ORDER THEREON |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Disposition hearing currently set for **February 2, 2010** be reset and advanced to **January 29, 2010 at 1:30 p.m.**  The report has been prepared and all parties are in agreement to resetting this matter.

Dated: January 27, 2010                              BENJAMIN B. WAGNER
                                                                         United States Attorney


                                                                         By: /s/ Laurel J. Montoya
                                                                         LAUREL J. MONTOYA
                                                                         Assistant U.S. Attorney



Dated: January 27, 2010                               /s/ Eric V. Kersten
                                                                         ERIC V. KERSTEN
                                                                         Attorney for the Defendant

1

| | |
|---|---|
| Dated: January 27, 2010 | /s/ Yasmin Villegas<br>YASMIN VILLEGAS<br>U.S. Probation Office |

ORDER RESETTING AND ADVANCING HEARING DATE

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   January 27, 2010** | /s/ **Dennis L. Beck**<br>UNITED STATES MAGISTRATE JUDGE |